# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ARTHUR HARRIS,<br><br>                Plaintiff,<br><br>    v.<br><br>XAVIER BECERRA,<br><br>                Defendant. | CASE NO. 2:17-cv-1802-RAJ<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable Richard A. Jones.

DATED this 6th day of December, 2017.

                                                      BRIAN A. TSUCHIDA
                                                      United States Magistrate Judge