1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARTHUR HARRIS,

              Plaintiff,

     v.

XAVIER BECERRA, et al.,

              Defendants.

CASE NO. 2:17-cv-1802-RAJ

ORDER

In response to the February 15, 2019 Referral Notice (Dkt. # 48) from the Ninth Circuit Court of Appeals in this case (Appeal Number 19-35121), the Court certifies in accordance with 28 U.S.C. § 1915(a)(3) that Plaintiff's appeal in this case is frivolous and taken in bad faith. The Court accordingly **REVOKES** Plaintiff's *in forma pauperis* status for purposes of the appeal. The Court directs the Clerk to ensure that the parties and the Clerk of the Ninth Circuit Court of Appeals receive a copy of this order.

Dated this 19th day of February, 2019.

The Honorable Richard A. Jones
United States District Judge